UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
March 05, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Scotty Trahan, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-3259 |
| | § | |
| Diversified Consultants, Inc., | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

1.  On the agreement of the parties, this case is dismissed with prejudice. (8)

2.  This court retains jurisdiction to enforce the settlement.

Signed on March 2, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge